IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MORTGAGE ELECTRONIC INC.,**
**COUNTRYWIDE HOME LOANS INC.,**

Plaintiffs-Appellees,

v.                                                          **NO. 29,167**

**MIGUEL and INGA GUTIERREZ,**

Defendants-Appellants.


**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Clinton W. Marrs
Albuquerque, NM

for Appellees

Miguel Gutierrez
Inga Gutierrez
La Luz, NM

Pro Se Appellants


**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Defendants appeal the district court's denial of their 60(B) motion. We proposed to affirm. Plaintiff filed a memorandum in support of our proposal. Defendants have not responded to our proposal and the time for doing so has passed.

Therefore, the judgment is affirmed for the reasons stated in the calendar notice.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**